### Jacob Pickel and William Pickel v. A. L. Luetgert.

1. RES GESTÆ—*Conversation Between Payee and Bank, When Ad-
missible.*—Where the payee of a check presented the same to the bank
for payment and payment was refused, in a suit between him and the
drawer, after the failure of the bank, the conversation between the
payee and the person in the bank to whom he presented the check is ad-
missible as *res gestæ.*

**Assumpsit**, on a check. Appeal from the Circuit Court of Cook County;
the Hon. ABNER SMITH, Judge, presiding. Heard in this court at the
March term, 1895. Affirmed. Opinion filed June 24, 1895.

B. M. SHAFFNER, attorney for appellants.

ARNOLD TRIPP, attorney for appellee.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The appellants, composing the firm of Jacob Pickel &
Bro., gave to the appellee a check for $85.85. Three days
afterward the bank on which it was drawn failed. The
appellee testified that he presented the check to the bank
for payment the next day after he received it, and payment
was refused; and that the next day he told one of the
appellants and asked him to take up the check, and he
refused to do so.

There was no other testimony that the check was pre-
sented, and the alleged interview between the parties on
the second day was denied. The appellants had plenty of
money in the bank.

The only question in the case is, which, as a witness, told
the truth—the appellant Jacob Pickel, or the appellee. We

don't know, and therefore can not say that the circuit judge erred in believing either.

The testimony of the appellee as to what passed between himself and the person in the bank to whom he presented the check was admissible as *res gestœ*. The judgment is affirmed.